**Order entered July 16, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00089-CR

### JAY SANDON COOPER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause No. 2011-2-1391**

## ORDER

The Court **REINSTATES** this appeal.

On June 25, 2014, we ordered the trial court to make findings regarding counsel's and appellant's status on this appeal. We **ADOPT** the findings that: (1) Mr. Rick Dunn was appointed to represent appellant through trial; (2) Mr. Dunn filed a motion to withdraw on January 27, 2014 and the trial court granted the motion on February 17, 2014; (3) appellant has not applied for court-appointed counsel on appeal; (4) appellant stated he wanted to represent himself on appeal; (5) appellant was advised of his right to apply for appellate counsel, but appellant declined to do so; (6) the trial court admonished appellant regarding the dangers and disadvantages of self-representation; and (7) after receiving the court's admonition, appellant reaffirmed his desire to represent himself on appeal.

Moreover, we **ADOPT** the finding from the trial court's July 3, 2014 order that appellant has not been denied permission to access the clerk's record in the manner that all other persons are permitted access, and that the manner of access available to appellant is sufficient.

We **ORDER** the Clerk of the Court to remove Mr. Rick Dunn as appellate counsel and show appellant is proceeding pro se. We **ORDER** the Clerk of the Court to send a copy of this order to appellant by electronic transmission to the email address on file.

We **ORDER** appellant to file the brief within **THIRTY (30) DAYS** from the date of this order.

/s/ DAVID EVANS
    JUSTICE